THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VERNAL COLEMAN, JR. | § | CASE NO. 12-41324-R |
| XXX-XX-6872 | § | |
| 1409 GENEVA LANE | § | CHAPTER 13 |
| PLANO, TX 75175 | § | |
| | § | |
| MARY EAGLIN COLEMAN | § | |
| XXX-XX-1961 | § | |
| | § | |
| DEBTORS | § | |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**
**(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)**

## Notice Regarding Trustee's Recommendation Concerning Claims:

THIS DOCUMENT SHALL CONSTITUTE AN **OBJECTION TO YOUR CLAIM** UNLESS THE RECOMMENDATION IN THIS DOCUMENT CONCERNING YOUR CLAIM ACCEPTS YOUR PROOF OF CLAIM PRECISELY AS FILED.

NO HEARING WILL BE CONDUCTED ON THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE WITHIN **TWENTY-EIGHT (28) DAYS** FROM DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.

IF NO OBJECTION IS TIMELY SERVED AND FILED TO THIS DOCUMENT, THE TRUSTEE'S RECOMMENDATION CONCERNING YOUR CLAIM SHALL BE SUSTAINED AS UNOPPOSED AND YOUR CLAIM SHALL BE ALLOWED ONLY AS SET FORTH IN THIS DOCUMENT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

## Notice of Deadline for Filing Objections to Claim:

YOU ARE FURTHER NOTIFIED that the **deadline for filing an objection** to the allowance of any proof of claim filed in this case, or to avoid or otherwise challenge the validity of any security interest claimed in any proof of claim in this case, is the **twenty-first (21st) day** following the date of service of this document.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Janna L. Countryman, Trustee in these proceedings, and making this her recommendation concerning claims, would respectfully show the Court as follows:

1. All parties are specifically advised that, among others, LBR 3015 shall apply to this Trustee's Recommendation Concerning Claims.

2. The time for filing claims in this proceeding has expired. The Trustee has reviewed all of the claims filed in this proceeding. Attached are Schedules I and II containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

3. If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's objections or other recommendations, or may file an objection to any claim disputed. However, responses to the Trustee's recommendations MUST BE FILED within twenty-eight (28) days from the date of service hereof, and objections to claims MUST BE FILED within twenty-one (21) days from service hereof. Each claim for which there is no timely filed response or objection will be treated as listed in the attached Schedules, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## VALUATION OF COLLATERAL

4. The Court has previously made a final and binding determination of the value of certain property, which may constitute collateral securing certain creditors' claims. These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court. All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I and II.

5. Certain creditors may have timely filed proofs of claim which evidenced a perfected security interest in additional collateral not previously valued by the Court. The Trustee has made a recommendation to the Court in Schedules I and II concerning the value of such collateral and the treatment of each such creditor's claim herein. Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim. UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE

## TRUSTEE'S OBJECTIONS TO CLAIMS

6. The Trustee contests the amounts or the validity or extent of the security interest listed in the proofs of claim in the attached Schedule I to the Trustee's Recommendation Concerning Claims. If no response or objection is timely filed, such claim will be treated in the manner and amount listed on the attached Schedules to the Trustee's Recommendation Concerning Claims

7. Parties in interest should carefully examine the attached Schedules to the Trustee's Recommendation Concerning Claims. If any party disagrees with the Trustee's recommendation concerning the amount or status of any claim, such party must file a response within twenty-eight (28) days from the date of service hereof, or the Trustee's recommendation will become final and binding.

8. If the Trustee's recommendation concerning any claim differs from the amount indicated in the creditor's Proof of Claim, the recommendation is deemed to be an objection to such claim. Unless a timely response or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount listed in the attached Schedules to the Trustee's Recommendation Concerning Claims.

9. If the Trustee's recommendation concerning a creditor's claim indicates that such creditor is not a secured creditor, the recommendation is deemed to be an action to determine the validity of such creditor's security interest or to avoid such creditor's security interest. Unless a timely response or objection is filed contesting the Trustee's recommendation, the security interest will be avoided or disallowed in accordance with the attached Schedules to the Trustee's Recommendation Concerning Claims.

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

10. The amounts in the attached Schedule II to the Trustee's Recommendation Concerning Claims were taken directly from the proofs of claims. The Trustee does not contest these claims. If the Debtors or any creditors contest any of these claims, an objection to each claim must be filed within twenty-one (21) days from the date of service hereof.

PLA_TrusteesRecommendationClaims

NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS.  PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

11. Responses to the Trustee's recommendation must be filed within twenty-eight (28) days from the date of service hereof, and additional objections to claims must be filed within twenty-one (21) days from the date of service hereof, with the United States Bankruptcy Clerk, 660 North Central Expressway, Plano, TX  75074, and served on the appropriate parties in accordance with the Bankruptcy Rules.

Respectfully submitted,

/s/ Shelly Terrill
Janna L. Countryman, TBN 04888050
Shelly Terrill, TBN 00794788
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580 / Fax (972) 943-8050

CASE NO: 12-41324-R

## SECTION I

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
| --- | --- | --- | --- |
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| ACADEMIC LOAN GROUP/GLELSI<br>P.O. BOX 7860<br>MADISON, WI 53707 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ASSET ACCEPTANCE L.L.C.<br>ATTENTION: BANKRUPTCY<br>P.O. BOX 2036<br>WARREN, MI 48090 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>MONEY LOANED - COTTONWOOD FINANCIAL<br>CLAIM NOT TO BE PAID |
| AT&T MOBILITY<br>P.O. BOX 246<br>ARTESIA, CA 90702-0246 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ATTORNEY GENERAL OF TEXAS<br>COLLECTIONS DIV/BANKRUPTCY SEC<br>P. O. BOX 12548<br>AUSTIN, TX 78711-2548 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| BARRETT DAFFIN FRAPPIER TURNER & ENGEL<br>15000 SURVEYOR BOULEVARD, SUITE 100<br>ADDISON, TX 75001-4417 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE<br><br>JPMORGAN CHASE BANK |
| BASS & ASSOCIATES, PC<br>3936 EAST FORT LOWELL ROAD., SUITE 200<br>TUCSON, AZ 85712-1083 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE<br><br>CAPITAL ONE - BEST BUY CO. |
| BASS & ASSOCIATES, PC<br>3936 EAST FORT LOWELL ROAD., SUITE 200<br>TUCSON, AZ 85712-1083 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE<br><br>CAPITAL ONE - BEST BUY |

| Creditor | | | Notes |
|---|---|---|---|
| CHASE<br>P.O. BOX 24696<br>COLUMBUS, OH 43224 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| CHASE<br>P.O. BOX 33035<br>LOUISVILLE, KY 40232-9891 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| CHASE<br>P. O. BOX 15298<br>WILMINGTON, DE 19850-5298 | 0.00 | 0.00<br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |
| CHASE<br>P. O. BOX 24714<br>COLUMBUS, OH 43224-4724 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| CREDIT MANAGEMENT L.P.<br>4200 INTERNATIONAL PKWY.<br>CARROLLTON, TX 75007 | 0.00 | 0.00<br>0.00 | UNSECURED CLAIM NOT FILED<br><br>SERVICES PERFORMED - TIME WARNER CABLE<br>CLAIM NOT TO BE PAID |
| ECMC<br>P. O. BOX 75906<br>ST. PAUL, MN 55175 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| FIRST PREMIER BANK<br>601 S. MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| GREAT LAKES EDUCATIONAL LOAN SERVICES<br>CLAIMS FILING UNIT<br>P. O. BOX 8973<br>MADISON, WI 53708-8973 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| GREAT LAKES HIGHER EDUCATIONAL GUARANTY CORP<br>P. O. BOX 7858<br>MADISON, WI 53704-7858 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |

| Creditor | Amount | Amount | Description |
|---|---:|---:|---|
| HSBC/BEST BUY<br>P.O. BOX 5253<br>CAROL STREAM, IL 60197 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P. O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 13,843.23 | 3.00<br><br>340.34 | TAXES SECURED<br>COURT CLAIM REGISTRY # 5<br>1996 & 2000-2001 REAL PROPERTY TAXES<br>TO BE PAID AS AMENDED SECURED |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 3,279.10 | 0.00<br><br>0.00 | PRIORITY<br>COURT CLAIM REGISTRY # 5<br>2010-2011 INCOME TAXES<br>TO BE PAID AS AMENDED PRIORITY PER PARA 5(B) OF PLAN |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 7999<br>ST CLOUD, MN 56302-7999 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| JOHN SHARP/STATE COMPTROLLER<br>REVENUE ACCOUNTING DIV/BANKRUPTCY<br>P. O. BOX 13528<br>AUSTIN, TX 78711-3528 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| JP MORGAN CHASE BANK NA<br>MAIL CODE: OH4-7164<br>P. O. BOX 24785<br>COLUMBUS, OH 43224 | 15,097.69 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 16<br>MONEY LOANED<br>TO BE PAID DIRECT BY DEBTOR |
| JP MORGAN CHASE BANK NA<br>MAIL CODE: OH4-7164<br>P. O. BOX 24785<br>COLUMBUS, OH 43224 | 350.00 | 0.00<br><br>0.00 | MORTGAGE ARREARAGE<br>COURT CLAIM REGISTRY # 16<br>NTC OF POST-PETITION MTG FEES, EXPENSES & CHARGES<br>NOT PROVIDED FOR CURRENTLY |
| JPMORGAN CHASE BANK N.A.<br>PORTFOLIO MGMT. CENTER (AZ1-1004)<br>P.O. BOX 29550<br>PHOENIX, AZ 85038-9550 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

PLA_TrusteesRecommendationClaims

| Creditor | Amount | Amount | Notes |
|---|---|---|---|
| JPMORGAN CHASE BANK, NA<br>JLT LAW FIRM, PLLC<br>4615 COLE AVENUE, SUITE 200<br>DALLAS, TX 75205-4023 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| JPMORGAN CHASE BANK, NA<br>CHASE RECORDS CENTER<br>MAIL CODE LA4-5555  700 KANSAS LANE<br>MONROE, LA 71203 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| JPMORGAN CHASE BANK, NA<br>C/O BDFTE, LLP<br>15000 SURVEYOR BLVD, SUITE 100<br>ADDISON, TX 75001-4417 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| KADRA D. ALEXANDER<br>BARRETT DAFFIN FRAPPIER TURNER &<br>ENGEL<br>15000 SURVEYOR BOULEVARD<br>ADDISON, TX 75001-4417 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LVNV FUNDING L.L.C.<br>P.O. BOX 740281<br>HOUSTON, TX 77274 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM, PA 19044-2308 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MERRICK BANK<br>P. O. BOX 9201<br>OLD BETHPAGE, NY 11804 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| NATIONAL CAPITAL MANAGEMENT<br>P. O. BOX 12786<br>NORFOLK, VA 23541 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| NATIONAL CAPITAL MANAGEMENT<br>P. O. BOX 41117<br>NORFOLK, VA 23541 | 198.18 | 0.00<br><br>66.06 | ADEQUATE PROTECTION<br><br>COURT CLAIM REGISTRY # 1<br>2007 DODGE CALIBER<br>TO BE PAID IN FULL |

PLA_TrusteesRecommendationClaims

| Creditor | Amount | Amount | Description |
|---|---|---|---|
| NATIONAL CAPITAL MANAGEMENT<br>P. O. BOX 41117<br>NORFOLK, VA 23541 | 5,086.82 | 5.00<br><br>128.82 | SECURED<br><br>COURT CLAIM REGISTRY # 1<br>2007 DODGE CALIBER<br>TO BE PAID AS SECURED, COLLATERAL VALUED |
| NATIONAL CAPITAL MANAGEMENT<br>P. O. BOX 41117<br>NORFOLK, VA 23541 | 5,004.27 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 1<br>2007 DODGE CALIBER<br>UNSECURED PORTION OF CLAIM |
| NCO FINANCIAL/55<br>P.O. BOX 13570<br>PHILADELPHIA, PA 19101 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>MEDICAL SERVICES - THR PRESBYTERIAN HOSPITAL ALLE<br>CLAIM NOT TO BE PAID |
| NCO FINANCIAL/99<br>P.O. BOX 15636<br>WILMINGTON, DE 19850 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>SERVICES RENDERED - NATIONWIDE INSURANCE<br>CLAIM NOT TO BE PAID |
| OLIPHANT FINANCIAL LLC<br>9009 TOWN CENTER PARKWAY<br>LAKEWOOD RANCH, FL 34202 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SANTANDER CONSUMER USA<br>8585 N. STEMMONS FWY STE 1100-N<br>DALLAS, TX 75247 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SANTANDER CONSUMER USA<br>P. O. BOX 560284<br>DALLAS, TX 75356-0284 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SANTANDER CONSUMER USA<br>P. O. BOX 961245<br>FORT WORTH, TX 76161-0244 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| STEVE TURNER<br>BARRETT DAFFIN FRAPPIER TURNER &<br>ENGEL<br>610 WEST 5TH STREET., SUITE 602<br>AUSTIN, TX 78701-2872 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

PLA_TrusteesRecommendationClaims

| Creditor | Amount | Amount | Notes |
|---|---|---|---|
| TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>101 E 15TH STREET ROOM 556<br>AUSTIN, TX 78778-0001 | 500.04 | 0.00<br><br>0.00 | PRIORITY<br>COURT CLAIM REGISTRY # 2<br>DELINQUENT EMPLOYER TAXES<br>TO BE PAID AS PRIORITY |
| TXU ELECTRIC/TXU ENERGY<br>ATTN.: BANKRUPTCY<br>P.O. BOX 650393<br>DALLAS, TX 75265 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>SERVICES RENDERED<br>CLAIM NOT TO BE PAID |
| U.S. ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVE., NW<br>WASHINGTON, DC 20530-0001 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| UNITED STATES ATTORNEYS OFFICE<br>110 NORTH COLLEGE AVENUE SUITE 700<br>TYLER, TX 75702-0204 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 N. COLLEGE AVE. SUITE 300<br>TYLER, TX 75702-7231 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BOULEVARD<br>LIBERTYVILLE, IL 60048-4460 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| VW CREDIT INC<br>P. O. BOX 610353<br>DALLAS, TX 75261-0353 | 7,534.63 | 5.00<br><br>201.39 | SECURED<br>COURT CLAIM REGISTRY # 11<br>2006 VW PASSAT<br>TO BE PAID AS SECURED, COLLATERAL VALUED |
| VW CREDIT INC<br>P. O. BOX 610353<br>DALLAS, TX 75261-0353 | 309.84 | 0.00<br><br>103.28 | ADEQUATE PROTECTION<br>COURT CLAIM REGISTRY # 11<br>2006 VW PASSAT<br>TO BE PAID IN FULL |
| VW CREDIT INC.<br>9441 LBJ FREEWAY SUITE 350<br>DALLAS, TX 75243-4652 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| WILLIAM F. KUNOFSKY<br>ATTORNEY AT LAW<br>10300 NORTH CENTRAL, SUITE 252<br>DALLAS, TX 75231 | 1,881.00 | 0.00 | ATTORNEY FEE |
| | | 0.00 | $1,119.00 FEES PAID DIRECT<br>TO BE PAID AS ADMINISTRATIVE |

CASE NO: 12-41324-R

## SECTION II

| CREDITOR | AMOUNT | INTEREST RATE / MONTHLY PAYMENT | CLAIM TYPE / DESCRIPTION / TREATMENT |
|---|---|---|---|
| AMERICAN INFOSOURCE<br>INSOLVE RECOVERY, LLC<br>P. O. BOX 269093<br>OKLAHOMA CITY, OK 73126-9093 | 2,030.52 | 0.00<br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 7<br>MONEY LOANED - GEMB - CARE CREDIT CARY A. SHATTO<br>TO BE PAID AS UNSECURED |
| AMERICAN INFOSOURCE<br>INSOLVE RECOVERY, LLC<br>P. O. BOX 269093<br>OKLAHOMA CITY, OK 73126-9093 | 1,820.40 | 0.00<br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 6<br>CREDIT CARD - CREDIT ONE BANK<br>TO BE PAID AS UNSECURED |
| CAPITAL ONE, NA<br>C/O BASS & ASSOCIATES, PC<br>3936 E. FT. LOWELL RD, SUITE 200<br>TUCSON, AZ 85712 | 1,931.57 | 0.00<br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 15<br>GOODS SOLD - BEST BUY<br>TO BE PAID AS UNSECURED |
| ECMC<br>LOCKBOX # 8682<br>P. O. BOX 75848<br>ST. PAUL, MN 55175-0848 | 119,043.38 | 0.00<br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 4<br>STUDENT LOAN<br>TO BE PAID AS UNSECURED |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 43,994.86 | 0.00<br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 5<br>2001-2008 INCOME TAXES W/PENALTY & INTEREST<br>TO BE PAID AS UNSECURED |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 953185<br>SAINT LOUIS, MO 63195-3185 | 510.00 | 0.00<br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 3<br>CREDIT CARD - ANASAZI SERVICES<br>TO BE PAID AS UNSECURED |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 953185<br>SAINT LOUIS, MO 63195-3185 | 1,108.66 | 0.00<br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 10<br>MONEY LOANED - FIRST CASH<br>TO BE PAID AS UNSECURED |

| Creditor | Amount | | Classification |
|---|---|---|---|
| JPMORGAN CHASE BANK, NA<br>P. O. BOX 91308, OH2-5170, 9TH<br>CLEVELAND, OH 44101-9581 | 16,739.18 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 14<br>MONEY LOANED<br>TO BE PAID AS UNSECURED |
| MERRICK BANK<br>C/O RESURGENT CAPITAL SERVICES<br>P. O. BOX 10368<br>GREENVILLE, SC 29603-0368 | 1,230.88 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 13<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |
| PREMIER BANKCARD<br>P. O. BOX 2208<br>VACAVILLE, CA 95696 | 432.59 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 8<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |
| QUANTUM3 GROUP LLC<br>P. O. BOX 788<br>KIRKLAND, WA 98083-0788 | 391.99 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 9<br>GOODS SOLD - SHOPNBC<br>TO BE PAID AS UNSECURED |
| SOUTHWESTERN BELL TELEPHONE<br>AT&T SERVICES<br>ONE AT&T WAY ROOM 3A218<br>BEDMINSTER, NJ 07921 | 313.80 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 12<br>SERVICES PERFORMED<br>TO BE PAID AS UNSECURED |

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VERNAL COLEMAN, JR. | § | CASE NO. 12-41324-R |
| XXX-XX-6872 | § | |
| 1409 GENEVA LANE | § | CHAPTER 13 |
| PLANO, TX 75175 | § | |
| | § | |
| MARY EAGLIN COLEMAN | § | |
| XXX-XX-1961 | § | |
| | § | |
| DEBTORS | § | |

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS) has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail. If no address is listed, no notice was sent to that party.

VERNAL COLEMAN, JR.
MARY EAGLIN COLEMAN
1409 GENEVA LANE
PLANO, TX 75175

WILLIAM F. KUNOFSKY
ATTORNEY AT LAW
10300 NORTH CENTRAL, SUITE 252
DALLAS, TX 75231

and to the parties on the attached mailing matrix.

Dated: May 28, 2013                    /s/ Janna L. Countryman
                                                  Office of the Standing Chapter 13 Trustee

PLA_TrusteesRecommendationClaims

| | | |
|---|---|---|
| ACADEMIC LOAN GROUP/GLELSI<br>P.O. BOX 7860<br>MADISON, WI  53707 | AMERICAN INFOSOURCE<br>INSOLVE RECOVERY, LLC<br>P. O. BOX 269093<br>OKLAHOMA CITY, OK  73126-9093 | ASSET ACCEPTANCE L.L.C.<br>ATTENTION: BANKRUPTCY<br>P.O. BOX 2036<br>WARREN, MI  48090 |
| AT&T MOBILITY<br>P.O. BOX 246<br>ARTESIA, CA  90702-0246 | ATTORNEY GENERAL OF TEXAS<br>COLLECTIONS DIV/BANKRUPTCY SEC<br>P. O. BOX 12548<br>AUSTIN, TX  78711-2548 | BARRETT DAFFIN FRAPPIER TURNER & ENGEL<br>15000 SURVEYOR BOULEVARD, SUITE 100<br>ADDISON, TX  75001-4417 |
| BASS & ASSOCIATES, PC<br>3936 EAST FORT LOWELL ROAD., SUITE 200<br>TUCSON, AZ  85712-1083 | CAPITAL ONE, NA<br>C/O BASS & ASSOCIATES, PC<br>3936 E. FT. LOWELL RD, SUITE 200<br>TUCSON, AZ  85712 | CHASE<br>P. O. BOX 24714<br>COLUMBUS, OH  43224-4724 |
| CHASE<br>P.O. BOX 24696<br>COLUMBUS, OH  43224 | CHASE<br>P.O. BOX 33035<br>LOUISVILLE, KY  40232-9891 | CHASE<br>P. O. BOX 15298<br>WILMINGTON, DE  19850-5298 |
| CREDIT MANAGEMENT L.P.<br>4200 INTERNATIONAL PKWY.<br>CARROLLTON, TX  75007 | ECMC<br>P. O. BOX 75906<br>ST. PAUL, MN  55175 | ECMC<br>LOCKBOX # 8682<br>P. O. BOX 75848<br>ST. PAUL, MN  55175-0848 |
| FIRST PREMIER BANK<br>601 S. MINNESOTA AVE<br>SIOUX FALLS, SD  57104 | GREAT LAKES EDUCATIONAL LOAN SERVICES<br>CLAIMS FILING UNIT<br>P. O. BOX 8973<br>MADISON, WI  53708-8973 | GREAT LAKES HIGHER EDUCATIONAL GUARANTY CORP<br>P. O. BOX 7858<br>MADISON, WI  53704-7858 |
| HSBC/BEST BUY<br>P.O. BOX 5253<br>CAROL STREAM, IL  60197 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P. O. BOX 7346<br>PHILADELPHIA, PA  19101-7346 | INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 953185<br>SAINT LOUIS, MO  63195-3185 | JEFFERSON CAPITAL SYSTEMS LLC<br>P. O. BOX 7999<br>ST CLOUD, MN  56302-7999 | JOHN SHARP/STATE COMPTROLLER<br>REVENUE ACCOUNTING DIV/BANKRUPTCY<br>P. O. BOX 13528<br>AUSTIN, TX  78711-3528 |
| JP MORGAN CHASE BANK NA<br>MAIL CODE:  OH4-7164<br>P. O. BOX 24785<br>COLUMBUS, OH  43224 | JPMORGAN CHASE BANK N.A.<br>PORTFOLIO MGMT. CENTER (AZ1-1004)<br>P.O. BOX 29550<br>PHOENIX, AZ  85038-9550 | JPMORGAN CHASE BANK, NA<br>JLT LAW FIRM, PLLC<br>4615 COLE AVENUE, SUITE 200<br>DALLAS, TX  75205-4023 |

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, NA<br>C/O BDFTE, LLP<br>15000 SURVEYOR BLVD, SUITE 100<br>ADDISON, TX  75001-4417 | JPMORGAN CHASE BANK, NA<br>CHASE RECORDS CENTER<br>MAIL CODE LA4-5555  700 KANSAS LANE<br>MONROE, LA  71203 | JPMORGAN CHASE BANK, NA<br>P. O. BOX 91308, OH2-5170, 9TH<br>CLEVELAND, OH  44101-9581 |
| KADRA D. ALEXANDER<br>BARRETT DAFFIN FRAPPIER TURNER & ENGEL<br>15000 SURVEYOR BOULEVARD<br>ADDISON, TX  75001-4417 | LVNV FUNDING L.L.C.<br>P.O. BOX 740281<br>HOUSTON, TX  77274 | MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM, PA  19044-2308 |
| MERRICK BANK<br>C/O RESURGENT CAPITAL SERVICES<br>P. O. BOX 10368<br>GREENVILLE, SC  29603-0368 | MERRICK BANK<br>P. O. BOX 9201<br>OLD BETHPAGE, NY  11804 | NATIONAL CAPITAL MANAGEMENT<br>P. O. BOX 12786<br>NORFOLK, VA  23541 |
| NATIONAL CAPITAL MANAGEMENT<br>P. O. BOX 41117<br>NORFOLK, VA  23541 | NCO FINANCIAL/55<br>P.O. BOX 13570<br>PHILADELPHIA, PA  19101 | NCO FINANCIAL/99<br>P.O. BOX 15636<br>WILMINGTON, DE  19850 |
| OLIPHANT FINANCIAL LLC<br>9009 TOWN CENTER PARKWAY<br>LAKEWOOD RANCH, FL  34202 | PREMIER BANKCARD<br>P. O. BOX 2208<br>VACAVILLE, CA  95696 | QUANTUM3 GROUP LLC<br>P. O. BOX 788<br>KIRKLAND, WA  98083-0788 |
| SANTANDER CONSUMER USA<br>P. O. BOX 961245<br>FORT WORTH, TX  76161-0244 | SANTANDER CONSUMER USA<br>P. O. BOX 560284<br>DALLAS, TX  75356-0284 | SANTANDER CONSUMER USA<br>8585 N. STEMMONS FWY STE 1100-N<br>DALLAS, TX  75247 |
| SOUTHWESTERN BELL TELEPHONE<br>AT&T SERVICES<br>ONE AT&T WAY ROOM 3A218<br>BEDMINSTER, NJ  07921 | STEVE TURNER<br>BARRETT DAFFIN FRAPPIER TURNER & ENGEL<br>610 WEST 5TH STREET., SUITE 602<br>AUSTIN, TX  78701-2872 | TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>101 E 15TH STREET ROOM 556<br>AUSTIN, TX  78778-0001 |
| TXU ELECTRIC/TXU ENERGY<br>ATTN.: BANKRUPTCY<br>P.O. BOX 650393<br>DALLAS, TX  75265 | U.S. ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVE., NW<br>WASHINGTON, DC  20530-0001 | UNITED STATES ATTORNEYS OFFICE<br>110 NORTH COLLEGE AVENUE<br>SUITE 700<br>TYLER, TX  75702-0204 |
| US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 N. COLLEGE AVE.  SUITE 300<br>TYLER, TX  75702-7231 | VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BOULEVARD<br>LIBERTYVILLE, IL  60048-4460 | VW CREDIT INC<br>P. O. BOX 610353<br>DALLAS, TX  75261-0353 |

VW CREDIT INC.
9441 LBJ FREEWAY SUITE 350
DALLAS, TX  75243-4652